IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE STANLEY JAMES DEVELOPMENT CORPORATION,<br>Debtor | |
| STANLEY JAMES DEVELOPMENT CORPORATION,<br>Appellant | CIVIL NOS. AMD 00-1356 &<br>AMD 00-1357 |
| v. | BANKRUPTCY CASE NO.<br>98-6-7627-SD |
| BRIAN A. GOLDMAN, TRUSTEE,<br>Appellee | |

...oOo...

ORDER

As a result of a docketing error in this Court, I erroneously issued an Order on May 16, 2000, in case number AMD 00-1357 observing that the corporate Appellant had obtained representation by counsel. To the contrary, Mr. James, the Debtor's president, has *not* procured counsel to represent the corporate Debtor in these cases. It seems apparent, moreover, from a review of the myriad proceedings in this matter, that Mr. James is engaged in an improper abuse of both the Bankruptcy Court and this Court in failing to engage counsel and in noting appeals from every order filed by the Bankruptcy Court in an effort to disrupt these proceedings.

In any event, the Appellant's request (made on its behalf by Mr. James) for additional time to engage counsel has been read and considered. The request is DENIED as manifestly made for an improper purpose. Mr. James's actions as president of the debtor has seriously impeded the orderly management of this case and will not be tolerated by this Court.

18

It is this 18th day of May, 2000, by the United States District Court for the District of Maryland ORDERED

(1)  That the motions to dismiss appeal filed in these cases are GRANTED AND THESE APPEALS ARE DISMISSED; and it is further ORDERED.

(2)  The Clerk shall CLOSE THESE CASES and TRANSMIT a copy of this Order to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

/s/ Andre M. Davis
ANDRE M. DAVIS
United States District Judge